DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CORY MINGO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2822

[April 11, 2019]

Appeal of order denying rule 3.850 motion from the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 12-014060CF10A.

Cory Mingo, South Bay, pro se.

Ashley B. Moody, Attorney General, Tallahassee, and Jonathan P. Picard, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***